

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/3/2024_

July 2, 2024

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 15D
New York, New York 10007--1312

    Re:    *Hogan v. Sports and Entertainment Publications, LLC, et al.*
               Case No. 1:24-cv-03698-AT/Request for Extension of Time

Dear Judge Torres:

    This firm represents all the defendants in this action. Pursuant to Rule 1(C) of Your Honor's Individual Practices in Civil Cases, we are respectfully requesting (i) a second two week extension of defendants' time to respond to the Complaint of the plaintiff Thomas Hogan [ECF No. 1], and (ii) a further one week extension of time to submit the joint letter and proposed Case Management Plan and Scheduling Order (the "CMP"), to which plaintiff's counsel has consented. Your Honor previously granted a letter motion [ECF No. 21], on consent, to extend the original dates for defendants to respond to the Complaint, from June 24, 2024 to July 8, 2024, and to file the joint letter and CMP, from July 17, 2024, to July 24, 2024 [Order, ECF No. 22].

    The current deadline for all defendants to respond to the Complaint is July 8, 2024, and the current deadline for submission of the joint letter and CMP is July 24, 2024. Counsel for the parties have commenced settlement discussions, which ultimately could lead to an early resolution of this matter. Defendants therefore respectfully request a second extension of time to respond to the Complaint to July 22, 2024, and a second extension of time to submit the joint letter and CMP to July 31, 2024. As noted, plaintiff's counsel of record has consented to these extension requests.

    There has been one previous request to extend these deadlines, and this request does not impact any other deadlines set in this case.

GRANTED.

SO ORDERED.

Dated: July 3, 2024
       New York, New York

                                                                   ANALISA TORRES
                                                       United States District Judge