```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS HOGAN,

                                        Plaintiff,                        24-CV-3698 (AT) (KHP)

      -against-                                **INITIAL CASE MANAGEMENT**
                                                                                 **CONFERENCE ORDER**

SPORTS AND ENTERTAINMENT
PUBLICATIONS, LLC; GOLDEN BOY
PROMOTIONS, INC.; and GETTY
IMAGES (US), INC.,

                                      Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the parties' representation that they have settled this matter (ECF #31), the Initial Case Management Conference scheduled for **August 22, 2024** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:      New York, New York
                   August 21, 2024

                                                           _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge